# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**ERIC R. SPAR,**

    **Plaintiff,**

vs.                                        **Case No.: 2:14-cv-546**
                                               **JUDGE SMITH**
                                               **Magistrate Judge Abel**

**GARY C. MOHR,** *et al.***,**

    **Defendants.**

## ORDER

On June 23, 2014, the United States Magistrate Judge issued a *Report and Recommendation* recommending that Defendants Dr. Elliot Neufeld, Ms. Karen Oppy, and Mona Parks be **DISMISSED** from this lawsuit because the Complaint fails to state a claim under 42 U.S.C. § 1983, but that the lawsuit should continue as to the remaining Defendants.  (*See Report and Recommendation*, Doc. 8).  The parties were advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so.  There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.**  Defendants Neufeld, Oppy, and Parks are hereby dismissed from this lawsuit.

The Clerk shall remove Document 8 from the Court's pending motions list.

    **IT IS SO ORDERED**.

                                                   */s/ George C. Smith*
                                                   **GEORGE C. SMITH, JUDGE**
                                                   **UNITED STATES DISTRICT COURT**