```
                    IN THE UNITED STATES DISTRICT COURT
                     FOR THE SOUTHERN DISTRICT OF OHIO
                              EASTERN DIVISION
```

**ERIC R. SPAR,**

        **Plaintiff,**

   vs.                                      **Civil Action 2:14-cv-546**
                                             **Judge Smith**
                                             **Magistrate Judge King**

**GARY C. MOHR,** *et al.***,**

        **Defendants.**

## ORDER

On February 23, 2015, the United States Magistrate Judge recommended that Defendant Marburger's motion for judgment on the pleadings on the issue of standing, ECF 49, be denied. *Report and Recommendation*, ECF 58. Although the parties were advised of their right to object to the recommendation, and of the consequences of their failure to do so, there has been no objection.

The *Report and Recommendation*, ECF No. 58, is **ADOPTED AND AFFIRMED**. Defendant Marburger's motion for judgment on the pleadings on the issue of standing, ECF 49, is **DENIED**.

                                                      *s/George C. Smith*
                                                   **George C. Smith, Judge**
                                                    **United States District Court**