```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF OHIO
                       EASTERN DIVISION
```

**ERIC R. SPAR,**

       Plaintiff,

   vs.                                    Civil Action 2:14-cv-546
                                            Judge Smith
                                            Magistrate Judge King

**GARY C. MOHR,** *et al.*,

       Defendants.

## ORDER

On October 9, 2015, the United States Magistrate Judge recommended that, unless evidence is presented that plaintiff is now provided Metamucil, *Plaintiff Eric Spar's Motion for Temporary Restraining Order and/or Preliminary Injunction*, ECF 60, be granted. *Report and Recommendation*, ECF 92. There is no evidence that plaintiff is now provided Metamucil and, although the parties were advised of their right to object to the recommendation, there has been no objection to the recommendation.

The *Report and Recommendation*, ECF No. 92, is **ADOPTED AND AFFIRMED**. *Plaintiff Eric Spar's Motion for Temporary Restraining Order and/or Preliminary Injunction*, ECF 60, is **GRANTED.** Defendants are **ORDERED** to provide plaintiff Metamucil for treatment of his diverticulosis.

                                                               *s/George C. Smith*_____
                                                              George C. Smith, Judge
                                                          United States District Court